UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION

ARSALAN TOUFIGHJOU,

              Plaintiff,
v.                              Case No.  8:16-cv-1709-T-33JSS

RACHEL TRITSCHLER,

              Defendant.
_____/

                            **ORDER**

     This  matter  is  before  the  Court  on  consideration  of
United States Magistrate Judge Julie S. Sneed's Report and
Recommendation (Doc. # 39),  filed  on  September  30,  2016,
recommending that Plaintiff's Motion for Attorneys' Fees and
Costs  (Doc.  #  25)  be  granted  in  the  total  amount  of
$23,214.10.

     Defendant, who is proceeding pro se at this juncture, had
the  opportunity  to  file  an  objection  to  the  Report  and
Recommendation, but declined to do so.  The time for Defendant
to file an objection has now elapsed. As discussed below, the
Court adopts the Report and Recommendation of the Magistrate
Judge.

**Discussion**

     After conducting a careful and complete review of the
findings and recommendations, a district judge may accept,
reject  or  modify  the  magistrate  judge's  report  and

recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert.</u> <u>denied</u>, 459 U.S. 1112 (1983).   In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.   28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  <u>See Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994).

The Report and Recommendation thoroughly and thoughtfully addresses the issues presented and, after conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge and the recommendation of the Magistrate Judge.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   United States Magistrate Judge Julie S. Sneed's Report and Recommendation (Doc. # 39) is **ACCEPTED** and **ADOPTED.**

2

(2)   Plaintiff's Motion for Attorneys' Fees and Costs (Doc. #
      25) is **GRANTED**.   Plaintiff is specifically awarded
      $15,554.25 in attorneys' fees, $1,584 in costs, $4,732.02
      in Plaintiff's expenses, and $1,343.83 in expenses for
      Plaintiff's counsel.   The total award amounts to
      $23,214.10.

      **DONE** and **ORDERED** in Chambers, in Tampa, Florida, this
<u>18th</u> day of October, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3