UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO.: 16-cv-1709-T-33JSS

ARSALAN TOUFIGHJOU,

    Plaintiff,

v.

RACHEL TRITSCHLER,

    Defendant,

and

WELLS FARGO BANK, N.A.,

    Garnishee.

_____/

**GARNISHEE WELLS FARGO BANK, N.A.'S ANSWER TO WRIT OF GARNISHMENT, AND DEMAND FOR PAYMENT OF ATTORNEY'S FEES**

Garnishee, WELLS FARGO BANK, N.A. ("WELLS FARGO" or "Garnishee"), by and through its undersigned counsel, hereby files its Answer to the Writ of Garnishment, dated January 28, 2021 (the "Writ") inquiring as to whether WELLS FARGO is indebted to Defendant, Rachel Tritschler (hereinafter "Defendant") and states as follows:

1. WELLS FARGO states that at the time of the service of the Writ, plus sufficient time not to exceed one business day for WELLS FARGO to act expeditiously on the Writ, and at the time of its Answer and at all times in between service of the Writ and its Answer, WELLS FARGO's records reflect the following account which may be subject to the Writ:

**[Remaining Portion of This Page Left Intentionally Blank]**

CASE NO. **16-cv-1709-T-33JSS**

| ACCOUNT NUMBER | ACCOUNT TITLE |
|---|---|
| xxxx-xx-4572 | RACHEL LEIGH TRITSCHLER<br>2558 W. SCARLET OAK CT<br>SARASOTA, FL 34232-6125 |

2. Pursuant to the Provisions of Fla. Stat. §77.06(2) and (3), WELLS FARGO has set aside the following sums subject to the Writ, excluding any funds in said account which are federally exempt from garnishment pursuant to 31 CFR Part 212:

| ACCOUNT NUMBER | AMOUNT SET ASIDE |
|---|---|
| xxxx-xx-4572 | $51,712.78 |

3. Except as provided in Paragraph 2, WELLS FARGO has no obligation to make, and has not made, a determination as to the ownership of the subject funds or as to whether any of the funds are subject to any exemption provided to Defendant and/or other persons or entities under Federal or State law.

4. Except as provided in Paragraph 1, the Garnishee has no other deposit, account or tangible or intangible personal property of Defendant in its possession or control at the time of this Answer, and knows of no other person indebted to the Defendant or who may have any of the effects of the Defendant.

5. Under its deposit account agreement with its customers, and other applicable law, WELLS FARGO has a contractual right of setoff and a security interest in the above referenced accounts, and it hereby claims those rights.  Specifically, WELLS FARGO is authorized to offset a legal process fee in the amount of $125.00.  This sum has been taken from the accounts

-2-
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower- 25th Floor, 44 W. Flagler Street, Miami, FL  33130 (305) 379-0400

[WF LLG Case No. 4957621]

CASE NO. **16-cv-1709-T-33JSS**

enumerated in Paragraph 2 above and the amounts shown in Paragraph 2 reflects the sum held and available for garnishment after this setoff.  Garnishee's legal processing fee is in addition to the statutory $100.00 garnishment fee payable to Garnishee's attorney for filing this Answer.

6. Should the Court determine that the Garnishor is entitled to a judgment in garnishment, WELLS FARGO requests that the judgment of garnishment contain specific instructions regarding the disposition of assets in the accounts.

### DEMAND FOR PAYMENT OF GARNISHMENT FEE

WELLS FARGO is entitled to attorneys' fees and costs as provided in Fla. Stat. §77.28. In accordance with Section 77.28, Florida Statutes, as amended on July 1, 2014, and having filed the Answer of Garnishee to the Writ in this case, Garnishee hereby demands from the Garnishor the payment forthwith of the $100.00 statutory garnishment fee in partial payment of its attorney's fees. The statutory garnishment fee of $100.00 shall be made in the form of a check, payable to Liebler, Gonzalez & Portuondo, Garnishee's attorneys, referencing 250-WOG-0418 and mailed to:

**LIEBLER, GONZALEZ & PORTUONDO**
**COURTHOUSE TOWER, 25TH FLOOR**
**44 WEST FLAGLER STREET**
**MIAMI, FLORIDA 33130**

**[Remaining Portion of This Page Left Intentionally Blank]**

**[WF LLG Case No. 4957621]**

CASE NO. **16-cv-1709-T-33JSS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February, 2021, I electronically filed the foregoing with the Clerk of Courts via CM/ECF which will send a notice of electronic filing to the following: Allison L. Friedman, Esq., Attorney for Plaintiff, (ralfriedman@hotmail.com).

> */s/ Miguel M. Cordano*
> **LIEBLER, GONZALEZ & PORTUONDO**
> Counsel for Garnishee, *Wells Fargo Bank, N.A.*
> Courthouse Tower - 25th Floor
> 44 West Flagler Street
> Miami, FL 33130
> (305) 379-0400
> service@lgplaw.com
>
> By:   */s/ Miguel M. Cordano*
>         MIGUEL M. CORDANO
>         Florida Bar No.: 0523682
>         mc@lgplaw.com

**[WF LLG Case No. 4957621]**