UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARSALAN TOUFIGHJOU,

     Plaintiff,

v.                            Case No: 8:16-cv-1709-VMC-JSS

RACHEL TRITSCHLER and
(GARNISHEE) WELLS FARGO
BANK, N.A.,

     Defendants.

_____/

## ORDER IN GARNISHMENT

**THIS MATTER** is before the Court on the Parties' Motion for Entry of Agreed Order in Garnishment (Dkt. 52) and Stipulation for Order in Garnishment (Dkt. 52-1). Upon consideration of the Motion and Stipulation, the Court **GRANTS** the Motion and Orders the following.

**IT IS HEREUPON ORDERED**:

1. That Garnishee, WELLS FARGO BANK, N.A., shall disburse to Plaintiff the sum of $35,856.39 from the funds being held in Defendant's bank account to satisfy the judgment in the above-styled cause as well as the Final Judgment in the case of Arsalan Toufighjou v. Rachel Leigh Tritschler; In the Superior Court of Justice, Ontario; Case No.: FS-16-050148-00.

2. Garnishee is directed to disburse the amount of $35,856.39 funds to counsel for Plaintiff and said payment should be made payable to Allison L. Friedman, P.A.,

Trust Account and mailed to 20533 Biscayne Blvd., Suite 4-435, Aventura, Florida 33180.

3. Garnishee is directed to release the balance of garnished funds of $15,856.39, forthwith, to Defendant.

4. That upon payment of the amount stated in paragraphs 2 hereof, the Writ of Garnishment shall be and is hereby dissolved and Garnishee is discharged from all liability thereunder.

5. That within seven (7) days of receipt of payment, Plaintiff shall file a Satisfaction of Final Judgment for the Final Judgment entered in the above-styled cause.

6. Plaintiff's counsel shall hold $10,000.00 in trust until such time as the Canadian judgment dated July 18, 2017 in the case of Arsalan Toufighjou v. Rachel Leigh Tritschler; In the Superior Court of Justice, Ontario; Case No.: FS-16-050148-00, is satisfied and documentary proof is provided to Defendant.

**DONE** and **ORDERED** in Tampa, Florida, on February 12, 2021.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record